1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11
12   VALERIE H.,                        Case No. 2:20-cv-05317-GJS
13            Plaintiff
                                         **JUDGMENT**
14      v.
15   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
16
              Defendant.
17

18      Pursuant to the Court's Memorandum Opinion and Order,
19      IT IS ADJUDGED that the decision of the Commissioner of the Social Security
20
     Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.
21
22   DATED: August 27, 2021
23
24                                       _____
                                         GAIL J. STANDISH
25                                       UNITED STATES MAGISTRATE JUDGE
26
27
28